UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA

                                     :    <u>INFORMATION</u>

      - v. -                                                     16 Cr. 477 (KMK)

                                     :

TERRICK WASHINGTON,

                                   :

           Defendant.
- - - - - - - - - - - - - - - - - -x

ORIGINAL

<u>COUNT ONE</u>

The United States Attorney charges:

1.  Between at least on or about November 6, 2015 up to and including November 28, 2015, in the Southern District of New York and elsewhere, TERRICK WASHINGTON, the defendant, using facilities and means of interstate and foreign commerce, unlawfully, willfully, and knowingly attempted to persuade, induce, and entice an individual who had not attained the age of 18 years to engage in a sexual activity for which a person can be charged, to wit, TERRICK WASHINGTON, the defendant, in communications over the internet and phone, attempted to persuade, induce, and entice an individual acting in an

undercover capacity and posing as a 13-year-old girl to meet the defendant in Orange County, New York for the purpose of engaging in sexual activities.

(Title 18, United States Code, Section 2422(b).)

PREET BHARARA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v -

DAVID MORIN,

                            Defendant.

**INFORMATION**
16 Cr.

**PREET BHARARA**
United States Attorney for *Southern District of New York*
(914) 993-1963

7/13/16 Information filed. (Revised)