# UNITED STATES DISTRICT COURT

## FOR THE

## SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
UNITED STATES OF AMERICA,            :

v.                                   :     16 Cr. 477 (KMK)

TERRICK WASHINGTON,                  :

                    Defendant.       :
------------------------------------- x

**TERRICK WASHINGTON,** the above-named defendant, who is accused of violating Title 18 U.S.C. § 2422(b) having been advised of the nature of the charges and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant.

_____
Counsel for Defendant.

Date:   White Plains, New York
        July 13, 2016