# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, N.Y. 10007
Tel: (212) 417-8700  Fax: (212) 571-0392

---

**David E. Patton**
*Executive Director
and Attorney-in-Chief*

**Jennifer Brown**
*Attorney-in-Charge
New York*

MEMO ENDORSED

September 26, 2016

BY HAND

The Honorable Kenneth M. Karas
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:  *United States v. Terrick Washington*, 16cr0477-KMK

Dear Judge Karas:

I write regarding the above captioned matter to respectfully request, on behalf of both parties, an adjournment of the status hearing from September 13, 2016 to November 7, 2016 at 3:00 p.m. A defense request for a disposition as part of negotiations in this case with the government remains under consideration. Mr. Washington stipulates to the exclusion of time in this matter under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from September 13, 2016 to November 7, 2016. Based upon the reasons set forth above, excluding time would be in the interests of justice.

I have discussed the instant request with Marcia Cohen, the Assistant United States Attorney assigned to this case. She joins in this request for an adjournment.

Thank you in advance for your consideration of this request.

Respectfully submitted,

Jason I. Ser

cc: Marcia Cohen, A.U.S.A.

---

*Handwritten endorsement:*

The next conference will be on 11/7/16 at 3:00pm. Time is excluded until then so the parties may discuss a disposition of this case. See 18 U.S.C. § 3161(h)(7)(A).

So Ordered.
KMK  9/27/16