

U.S. Department of Justice

United States Attorney
Southern District of New York

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

**MEMO ENDORSED**

January 12, 2017

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    United States v. Terrick Washington
                16 Cr. 477 (KMK)

Dear Judge Karas:

      I write on behalf of the Government to confirm that the plea in the above-captioned case has been scheduled for January 25 at 3:30 p.m. The time between today and January 25, 2017 will permit the Government and the defense an opportunity to continue discussions concerning the disposition in this matter and will permit defense counsel an opportunity to meet with Mr. Washington concerning the plea.

      The Government respectfully requests that time be excluded from today, up to and including January 25, 2017 pursuant to Title 18, United States Code, Section 3161(h)(7)(A). Excluding time will serve the ends of justice and outweigh the interests of the public and the defendant in a speedy trial. Jason Ser, counsel for the defendant, has advised the Government that he consents to such exclusion of time.

Granted
So Ordered.
KMK
1/12/7

Respectfully,

PREET BHARARA
United States Attorney

By: _____
Marcia S. Cohen
Assistant U.S. Attorney
(914) 993-1902

cc: Jason Ser, Esq.