

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

February 14, 2017

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

      Re:   <u>United States v. Terrick Washington</u>
            16 Cr. 477 (KMK)

Dear Judge Karas:

      I write on behalf of the Government to confirm that the next conference in the above-captioned case has been adjourned to February 16, 2017 at 2:15 p.m. The time between today and February 16, 2017 will permit the Government and defense counsel an opportunity to continue discussions concerning a disposition.

      The Government respectfully requests that time be excluded from today, up to and including February 16, 2017 pursuant to Title 18, United States Code, Section 3161(h)(7)(A). Excluding time will serve the ends of justice and outweigh the interests of the public and the defendant in a speedy trial. Jason Ser, counsel for the defendant, has advised the Government that he consents to such exclusion of time.

      Respectfully,

      PREET BHARARA
      United States Attorney

By: *[signature]*
    Marcia S. Cohen
    Assistant U.S. Attorney
    (914) 993-1902

*Granted.*
*So Ordered.*
*KMK*
*2/14/17*

cc: Jason Ser, Esq.