# Federal Defenders
OF NEW YORK, INC.

Southern District

300 Quarropas Street, Room 260
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124 Fax: (914) 997-6872

ELECTRONICALLY FILED
DOC #:
DATE FILED:

David E. Patton
*Executive Director*
*and Attorney-in-Chief*

Susanne Brody
*Attorney-in-Charge*
*White Plains*

July 27, 2017

**MEMO ENDORSED**

BY HAND

The Honorable Kenneth Karas
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**Re:** *United States v. Terrick Washington*, **16cr0477-KMK**

Dear Judge Karas:

This letter is written on behalf of Terrick Washington and requests an adjournment of the sentencing hearing, which is currently scheduled for August 1, 2017. I am out of the district due to a teaching obligation for the Administrative Office beginning Friday, July 28, 2017 and will return on August 7, 2017. Marcia Cohen, the Assistant United States Attorney on this case, is out of the office from August 5, 2017 to August 24, 2017. Accordingly, I am seeking to adjourn sentencing to the first week of September if the Court's schedule permits, or the week of September 18, 2017. Ms. Cohen is not available on Friday those weeks.

I have spoken with Ms. Cohen about the instant request and she does not oppose it.

Thank you in advance for your consideration of this request.

Respectfully submitted,

Jason I. Ser
Counsel for Mr. Washington

*Sentence is adjourned to October 10, 2017, at 2:00*

**SO ORDERED:**

**HONORABLE KENNETH M. KARAS**
**United States District Judge**
7/28/17

cc: Marcia Cohen, A.U.S.A.